<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6511**

———————

JOSEPH SAMUEL REVELS,

Plaintiff - Appellant,

versus

IRA SHOCKLEY, Warden and others; ATLANTIC
GENERAL HOSPITAL and others,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, Senior District
Judge.  (CA-02-3549-1-WMN)

———————

Submitted:  June 12, 2003              Decided:  June 18, 2003

———————

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Joseph Samuel Revels, Appellant Pro Se.   Kevin Bock Karpinski,
ALLEN, KARPINSKI, BRYANT & KARP, Baltimore, Maryland; Curtis Henry
Booth, COWDREY, THOMPSON & KARSTEN, Annapolis, Maryland; Stephen B.
Awalt, JENKINS & AWALT, Towson, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joseph Samuel Revels appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Revels v. Shockley, No. CA-02-3549-1-WMN (D. Md. Mar. 13, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED